AMERICAN AIRWAYS, INC., et al., Respondents, *v.* FORD MOTOR COMPANY, Appellant.

Argued December 3, 1940; decided December 31, 1940.

*Alfred McCormack, Eugene E. Ford* and *John T. Connor* for appellant.

*Edgar R. Kraetzer, Donald Havens* and *David L. Corbin* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.